KING ET AL. *v.* KING ET AL.

No. 153, Misc. Decided October 14, 1963.

Appellants *pro se.*

*William K. Meadow* and *Robert B. Troutman* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

RYAN *v.* TINSLEY, WARDEN.

No. 403, Misc. Decided October 14, 1963.

Appellant *pro se.*

*Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.